**Order entered July 13, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00213-CR
### No. 05-22-00218-CR

**LYLE JEFFREY SCHOEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83253-2020 & 219-83254-2020**

### ORDER

Before the Court are appellant's July 12, 2022 second motions for extensions of time to file his brief(s). We **GRANT** the motions and **ORDER** appellant's brief(s) filed by August 10, 2022.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE